1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLLIE BABBS, JR.,

         Petitioner,

   v.

UNITED STATES OF AMERICA,

         Respondent.

Case No. C05-5519FDB

ORDER SETTING 2255 BRIEFING
SCHEDULE

      Petitioner moves pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.  The Government's Answer and Petitioner's reply is scheduled as follows:

     •    Respondent's Answer is due no later than Friday, September 9, 2005;

     •    Petitioner's Reply is due no later than Friday, October 7, 2005.

SO ORDERED.

      DATED this 8th day of August, 2005.

                                                                         
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1